19 So.3d 406 (2009)
Charly QUESADA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-1951.
District Court of Appeal of Florida, Third District.
September 9, 2009.
Charly Quesada, in proper person.
Bill McCollum, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.
Before GERSTEN, SUAREZ, and ROTHENBERG, JJ.
*407 PER CURIAM.
Affirmed. See Brannon v. State, 850 So.2d 452 (Fla.2003); Joyner v. State, 988 So.2d 670 (Fla. 3d DCA 2008).